1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California  94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   E-Mail: ron.richman@bullivant.com
5  E-Mail: susan.olson@bullivant.com

6  Attorneys for Plaintiffs

7

                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9

10  BOARD OF TRUSTEES OF THE                 Case No.  CV 09 5802 TEH:
    LABORERS HEALTH AND WELFARE
11  TRUST FUND FOR NORTHERN                  **REQUEST TO DISMISS CASE**
    CALIFORNIA; BOARD OF TRUSTEES OF         **WITHOUT PREJUDICE; ORDER**
12  THE LABORERS VACATION-HOLIDAY            **THEREON**
    TRUST FUND FOR NORTHERN
13  CALIFORNIA; BOARD OF TRUSTEES OF
    THE LABORERS PENSION TRUST FUND
14  FOR NORTHERN CALIFORNIA; and
    BOARD OF TRUSTEES OF THE
15  LABORERS TRAINING AND RETRAINING
    TRUST FUND FOR NORTHERN
16  CALIFORNIA,

17                      Plaintiffs,

18          v.

19  JOHN D. BAKER CONSTRUCTION
    COMPANY, a California corporation,
20
                        Defendant.
21

22          Plaintiffs Laborers Trust Funds respectfully request that this Court dismiss this entire

23  action, without prejudice, on the following grounds.

24          On December 10, 2009 Plaintiffs Laborers Trust Funds filed their Complaint for

25  Damages for Breach of Collective Bargaining Agreement and for a Mandatory Injunction

26  ("Complaint").  Pursuant to the Complaint, Plaintiffs Laborers Trust Funds sought an audit of

27  the books and records of Defendant John D. Baker Construction Company.

28

                                    – 1 –

1  Defendant John D. Baker Construction Company did submit to the audit and the

2  discrepancy found was relatively minor and will be resolved without further litigation.

3  Based on the above, Plaintiffs respectfully request that this Court dismiss this entire

4  action, without prejudice.

5  DATED:  April 15, 2010

6  BULLIVANT HOUSER BAILEY PC

7

8  By _____

9  Ronald L. Richman
   Susan J. Olson

10  Attorneys for Plaintiffs

11  **ORDER**

12  Plaintiff Laborers Trust Funds having submitted its Request To Dismiss Case Without

13  Prejudice and good cause appearing:

14  IT IS HEREBY ORDERED that this case is dismissed, without prejudice.

15  DATED:  April 19, 2010

16  By _____

17  HON. THELTON E. HENDERSON
   UNITED STATES DISTRICT JUDGE

18

19

20
   Judge Thelton E. Henderson

21  12479669.1

22

23

24

25

26

27

28

REQUEST TO DISMISS CASE WITHOUT PREJUDICE; ORDER THEREON